AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CHAD ROBERT BASSANT,

        Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 119-167

WARDEN E. PHILIBIN; SGT. ESSER;
UNIT MANAGER SNOWDEN; and DR. AUSTIN,

        Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated April 16, 2020, the Magistrate Judge's Report and Recommendation is ADOPTED as the Court's opinion; therefore, Plaintiff's Amended Complaint is DISMISSED for failure to state a claim upon which relief can be granted. This action stands CLOSED.



04/16/2020  
*Date*

John E. Triplett, Acting Clerk  
*Clerk*

*Jamie Hodge*  
(By) Deputy Clerk

GAS Rev 10/1/03